IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| JULIO ALVEREZ RAVEIRO, #1182674 § | |
| § | |
| § | |
| v.  § | CIVIL ACTION NO.  G-06-581 |
| § | |
| § | |
| NATHANIEL QUARTERMAN, § | |
| DIRECTOR OF TDCJ-CID § | |

## ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge that was entered on May 29, 2007. Petitioner has filed his Objections to the Report and Recommendation in a timely manner.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court finds that Petitioner's Objections are without merit and that the Report and Recommendation is correct and it is, therefore, **ACCEPTED** by this Court in its entirety and incorporated by reference herein.

Accordingly, it is **ORDERED** that Respondent's Motion for Summary Judgment (Instrument No. 8) is **GRANTED**; and the Petition for a Writ of Habeas Corpus of Julio A. Raveiro (Instrument No. 1) is **DISMISSED**.

**DONE** at Galveston, Texas this 9th day of July, 2007.

_____
Samuel B. Kent
United States District Judge