IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| JULIO ALVEREZ RAVEIRO, #1182674 | § § § | |
| v. | § § | CIVIL ACTION NO. G-06-581 |
| | § § | |
| NATHANIEL QUARTERMAN, DIRECTOR OF TDCJ-CID | § § | |

**FINAL JUDGMENT**

    For the reasons stated in this Court's Order entered on the same date herewith, this action is **DISMISSED**.

    **THIS IS A FINAL JUDGMENT**.

    **DONE** at Galveston, Texas this 9th day of July, 2007.

_____
Samuel B. Kent
United States District Judge